**x - JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rabih Y. Nasser,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael B. Mukasey, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. CV 07-7752 DSF (JTLx)<br><br><br>JUDGMENT OF DISMISSAL |

　　The Court having previously issued an Order to Show Cause re Dismissal and Plaintiff not having shown a basis for subject matter jurisdiction,

　　IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED:　　January 16, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_

　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge